**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

OSCAR PEREZ LOPEZ,                   )
                                     )
     Plaintiff,                )
                                     )
v.                                   )      Case No. CIV-20-255-SLP
                                     )
HOLY VLADIMIR,[1] et al.,            )
                                     )
     Defendants.               )

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered November 18, 2020 [Doc. No. 21].   No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[2]

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 21] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE. A separate judgment of dismissal will be entered herewith.

IT IS SO ORDERED this 25th day of February, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff transposes this Defendant's name.   The correct designation for this Defendant is "Vladimir Holy, M.D."

[2] Plaintiff submitted additional information on February 5, 2021 [Doc. No. 22].   However, by failing to submit a timely objection, Plaintiff has waived further review of all issues addressed in the Report and Recommendation.  *Allman v. Colvin*, 813 F.3d 1326, 1329 (10th Cir. 2016); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).